UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13

    TERENCE POULTON
    SHANNON POULTON                         Bankruptcy No. 26-10046-DJB

            Debtors

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in
the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 01/06/2026.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors
pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded
plan, in that the total filed proofs of claim which are to be paid through the plan
exceed the value of the proposed plan.

- Debtor(s) has/have failed to commence or continue making timely payments to the
trustee as required by 11 U.S.C. Section 1326.

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 06/26/2026                           Respectfully submitted,

                                    */s/ Kenneth E. West, Esq.*
                                    Kenneth E. West, Esq.
                                    Standing Chapter 13 Trusteee
                                    190 N. Independence Mall West
                                    Suite 701
                                    Philadelphia, PA  19106
                                    Telephone: (215) 627-1377